United States District Court
Southern District of Texas
**ENTERED**
November 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DAVID LANDA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-00545 |
| | § | |
| SCOTTSDALE INSURANCE CO., | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court now considers the joint motion to remand, which is signed by all parties.[1] The parties suggest that they have come to agree after removal that this Court lacks jurisdiction: "Defendant . . . removed the case . . . . Thereafter, the parties conferred and resolved the jurisdictional issues and the parties agree to proceed with this case in the state court . . . ."[2] However, the parties do not explain why this Court lacks jurisdiction. Nevertheless, because the parties jointly agree to remand on that basis, the Court finds good cause to grant the motion.[3] The case is duly **REMANDED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 2nd day of November, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 3.
[2] *Id*.
[3] *See* 28 U.S.C.A. § 1447 (West) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").